ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| | | |
|---|---|---|
| BANTEK CORP.<br><br>v.<br><br>METROTECH LOGISTICS SERVICES, INC., METROTECH PR, LLC.<br><br>PETICIONARIOS<br><br>ALLIED LOGISTICS CORP.<br><br>RECURRIDO | TA2026CE00178 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2025CV01017<br><br>Sobre: Regla 19 de Procedimiento Civil; Procedimiento para obligar a partes reclamantes adversas a litigar entre sí; Consignación de fondos. |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Ronda Del Toro y la Juez Lotti Rodríguez.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 18 de febrero de 2026.

Considerado el *Recurso de Certiorari*, presentado el 17 de febrero de 2026 por la parte peticionaria, Metrotech Logistics Services, Inc. y Metrotech Pr, LLC, denegamos su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1] Por consiguiente declaramos No Ha Lugar la *Moción en auxilio de jurisdicción*.

Notifíquese inmediatamente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] La Regla 52 dispone en lo aquí pertinente que:Al denegar la expedición de un recurso de *Certiorari* en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.